1  Jeremy Meier (SBN 139849)
   Anthony J. Cortez (SBN 251743)
2  GREENBERG TAURIG, LLP
   1201 K Street, Suite 1100
3  Sacramento, CA  95814-3938
   Telephone:  (916) 442-1111
4  Facsimile:  (916) 448-1709
   meierj@gtlaw.com
5  cortezan@gtlaw.com

6  Attorneys for Plaintiff
   And Counter Defendant
7  MAXIMUS, Inc.

8  William J. Frimel (SBN 160287)
   SEUBERT FRENCH FRIMEL & WARNER LLP
9  1075 Curtis Street
   Menlo Park, CA 94025
10 Tel: 650.322.3048

11
   Margaret A. Crawford (SBN 238205)
12 LAW OFFICES OF MARGARET A. CRAWFORD
   626 Pico Ave.
13 San Mateo, CA 94403
   Tel: 650.312.8545
14

15 Attorneys for Defendant and Counter Complainant
   NIMBUS DATA SYSTEMS, INC.
16

17                          **UNITED STATES DISTRICT COURT**

18                          **EASTERN DISTRICT OF CALIFORNIA**

19 | MAXIMUS, INC., a Virginia corporation, | ) | CASE NO. 2:14-cv-00841-JAM-KJN |
   |                                          | ) |                                 |
20 |         Plaintiff,                       | ) | **JOINT STIPULATION FOR DISMISSAL** |
   |                                          | ) | **WITH PREJUDICE PURSUANT TO F.R.C.P.** |
21 | v.                                       | ) | **RULE 41(a)(1) AND 41(c);  ORDER** |
   |                                          | ) |                                 |
22 | NIMBUS DATA SYSTEMS, INC., a Delaware    | ) |                                 |
   | corporation, and DOES 1 - 50,            | ) |                                 |
23 |                                          | ) |                                 |
   |         Defendant.                       | ) |                                 |
24

25

26

27 AND RELATED COUNTERCLAIM.

28

Case No. Case No. 2:14-cv-00841-JAM-KJN
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a)(1) AND 41(c);
[PROPOSED] ORDER

WHEREAS Plaintiff And Counter Defendant MAXIMUS, INC. and Defendant and Counter Complainant NIMBUS DATA SYSTEMS, INC. agree that all claims in the above-captioned proceeding have been fully settled and compromised;

IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the entire above-captioned action be and hereby is *dismissed with prejudice* as to Plaintiff and Counter Defendant MAXIMUS, INC. pursuant to F.R.C.P. 41(a)(1)(A)(ii) and as to Defendant and Counter Complainant NIMBUS DATA SYTEMS, INC. pursuant to F.R.C.P. 41(c);

IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fee and costs of suit.

DATED:  January 26, 2016                GREENBERG TRAURIG, LLP

By*:*   //s// *Jeremy A. Meier*
Jeremy A. Meier
Anthony J. Cortez
Attorneys for Plaintiff and Counter Defendant
MAXIMUS, Inc.

DATED:  January 26, 2016                SEUBERT FRENCH FRIMEL AND WARNER

By*:*   //s// *William J. Frimel*
WILLIAM J. FRIMEL
Attorneys for Defendant and Counter Complainant
NIMBUS DATA SYSTEMS, INC.

# ORDER

In view of the parties' Stipulation, the Court orders the above-captioned action be dismissed with prejudice, in its entirety, as to both parties. Each party to this action shall bear its own attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

Dated:   1/26/2016

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge
Eastern District of California